IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| ARTHUR JAY HIRSCH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:14-cv-00106 |
| ) | TRIAL BY JURY DEMANDED |
| PATRICIA B. McGUIRE, individually and in her ) | |
| official capacity as General Sessions Court ) | |
| Judge, Lawrence County, Tennessee; MIKE C. ) | |
| BOTTOMS, individually and in his official ) | |
| capacity as District Attorney General, Lawrence ) | |
| County, Tennessee; CALEB BAYLES, ) | |
| individually and in his official capacity as ) | |
| Assistant District Attorney General, Lawrence ) | |
| County, Tennessee;   BRENT COOPER, ) | |
| individually and in his official capacity as ) | |
| Assistant District Attorney General, Lawrence ) | |
| County, Tennessee; CHRISTI L. THOMPSON, ) | |
| individually and in her official capacity as ) | |
| Assistant District Attorney General, Lawrence ) | |
| County, Tennessee; JIM WHITE, individually ) | |
| and in his official capacity as Assistant District ) | |
| Attorney General, Lawrence County, ) | |
| Tennessee; JEFF REED, individually and in ) | |
| his official capacity as Tennessee State ) | |
| Trooper; and WAYNE SELLERS, individually ) | |
| and in his official capacity as Tennessee ) | |
| Highway Patrol Dist. 7 Commander, ) | |
| ) | |
| Defendants. ) | |

## **MOTION TO DISMISS**

Comes now the Defendant, JUDGE PATRICIA MCGUIRE, by and through counsel, and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, hereby moves this Court to dismiss the Plaintiff's Complaint against her in its entirety, as the Plaintiff's Complaint fails to state a claim upon which relief may be granted. In support hereof, Defendant states as follows:

1. Plaintiff's claims against Lawrence County General Sessions Judge, Patricia McGuire, arise from the performance of Defendant's judicial duties.

2. Defendant is entitled to absolute judicial immunity from civil suits, including those brought pursuant to 42 U.S.C. § 1983, for monetary damages, arising out of the performance of her judicial duties.

3. To the extent Plaintiff sues Defendant in her official capacity, Defendant is entitled to sovereign immunity under the Eleventh Amendment. Should this Court find Defendant is a county official, such claims must fail because Plaintiff does not allege the existence of any county-wide custom or policy that gave rise to his claims against Defendant.

4. Plaintiff's claims against Defendant McGuire are barred by the doctrine of abstention, as the State's criminal charges against Plaintiff are still on-going.

5. Defendant contemporaneously files a Memorandum of Law in support of this Motion.

Wherefore, premises considered, Defendant, JUDGE PATRICIA MCGUIRE, prays that this Court dismiss Plaintiff's Complaint with prejudice for failure to state a claim upon which relief may be granted.

Respectfully submitted,

BATSON NOLAN PLC

By: /s/ Mark Nolan
　　Mark Nolan, BPR No. 015859
　　Counsel for Defendant
　　121 South Third Street
　　Clarksville, Tennessee 37040
　　(931) 647-1501

## CERTIFICATE OF SERVICE

  I hereby certify that a copy of the foregoing has been delivered to the following persons via the Court's electronic filing system or other appropriate means:

**VIA REGULAR MAIL**
Arthur Hirsch
1029 W. Gaines Street
Lawrenceburg, TN 38464
*Pro se Plaintiff*

Robert E. Cooper, Jr.
Heather Ross
Dawn Jordan
Rebecca Lyford
Office of the Attorney General
P. O. Box 20207
Nashville, TN  37202-0207

on this 15th day of September, 2014.

            BATSON NOLAN

            By:  /s/ Mark Nolan