IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| ARTHUR JAY HIRSCH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:14-cv-00106 |
| | ) TRIAL BY JURY DEMANDED |
| PATRICIA B. McGUIRE, individually and in her official capacity as General Sessions Court Judge, Lawrence County, Tennessee; MIKE C. BOTTOMS, individually and in his official capacity as District Attorney General, Lawrence County, Tennessee; CALEB BAYLES, individually and in his official capacity as Assistant District Attorney General, Lawrence County, Tennessee; BRENT COOPER, individually and in his official capacity as Assistant District Attorney General, Lawrence County, Tennessee; CHRISTI L. THOMPSON, individually and in her official capacity as Assistant District Attorney General, Lawrence County, Tennessee; JIM WHITE, individually and in his official capacity as Assistant District Attorney General, Lawrence County, Tennessee; JEFF REED, individually and in his official capacity as Tennessee State Trooper; and WAYNE SELLERS, individually and in his official capacity as Tennessee Highway Patrol Dist. 7 Commander, | ) |
| | ) |
| Defendants. | ) |

## MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

Comes now the Defendant, JUDGE PATRICIA MCGUIRE, by and through counsel, and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, hereby moves this Court to dismiss the Plaintiff's Amended Complaint against her in its entirety, as the Plaintiff's Amended

Complaint alleges no new facts that would state a claim upon which relief may be granted. Defendant asserts that her previously filed Motion to Dismiss Plaintiff's initial complaint is still appropriate. In support hereof, Defendant states as follows:

1. Plaintiff's claims against Lawrence County General Sessions Judge, Patricia McGuire, arise from the performance of Defendant's judicial duties.
2. Defendant is entitled to absolute judicial immunity from civil suits, including those brought pursuant to 42 U.S.C. § 1983, for monetary damages, arising out of the performance of her judicial duties.
3. To the extent Plaintiff sues Defendant in her official capacity, Defendant is entitled to sovereign immunity under the Eleventh Amendment. Should this Court find Defendant is a county official, such claims must fail because Plaintiff does not allege the existence of any county-wide custom or policy that gave rise to his claims against Defendant.
4. Plaintiff's claims against Defendant McGuire are barred by the doctrine of abstention, as the State's criminal charges against Plaintiff are still on-going.
5. Defendant incorporates by reference her previously filed Memorandum of Law in support of her Motion to Dismiss.

Wherefore, premises considered, Defendant, JUDGE PATRICIA MCGUIRE, prays that this Court dismiss Plaintiff's Amended Complaint with prejudice for failure to state a claim upon which relief may be granted.

Respectfully submitted,

BATSON NOLAN PLC

By: /s/ Mark Nolan
    Mark Nolan, BPR No. 015859
    Counsel for Defendant McGuire
    121 South Third Street
    Clarksville, Tennessee 37040
    (931) 647-1501

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been delivered to the following persons via the Court's electronic filing system or other appropriate means:

**VIA REGULAR MAIL**
Arthur Hirsch
1029 W. Gaines Street
Lawrenceburg, TN 38464
*Pro se Plaintiff*

Robert E. Cooper, Jr.
Heather Ross
Dawn Jordan
Rebecca Lyford
Office of the Attorney General
P. O. Box 20207
Nashville, TN  37202-0207

on this 2nd day of October, 2014.

BATSON NOLAN

By:  /s/ Mark Nolan